■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN BROWN, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered August 10, 1981, affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Weinstein and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO CRUZ, Appellant. — Appeal by defendant, as limited by his brief, from a resentence of the Supreme Court, Kings County (Vetrano, J.), imposed November 29, 1979, pursuant to section 60.09 of the Penal Law. Resentence reversed, as a matter of discretion in the interest of justice, and matter remitted to the Supreme Court, Kings County, for resentencing in accordance herewith. In view of defendant's record and of the passage of approximately three and one-half years between the dates of sentencing and resentencing, the court should have obtained an up-to-date presentence report before imposing the resentence. (See CPL 390.20; *People v Klein,* 78 AD2d 743; *People v Halaby,* 77 AD2d 717.) O'Connor, J. P., Thompson, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL DORDAL, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Brown, J.), rendered February 4, 1980, convicting him of criminal sale of a controlled substance in the first degree, criminal possession of a controlled substance in the first and third degrees, and criminal possession of a weapon in the third degree upon a jury verdict, and imposing sentence. By order dated April 6, 1981 this court modified the judgment, on the law, by reversing the convictions of criminal sale of a controlled substance in the first degree, and criminal possession of a controlled substance in the first and third degrees, vacating the sentences imposed thereon and dismissing those counts of the indictment. As so modified, the judgment was affirmed (*People v Dordal,* 81 AD2d 598). By order dated February 16, 1982 the Court of Appeals reversed the order of this court (*People v Dordal,* 55 NY2d 954), and remitted the case here for a review of the facts. Judgment affirmed. No opinion. Titone, J. P., Lazer, Mangano and Bracken, JJ., concur.